

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00441-CV

| | | |
|---|---|---|
| JAMES DONALD TATE AND MICHAEL CUFFIA, Appellants | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-332119-22) |
| V. | § | August 22, 2024 |
| REX HANSEN, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's granting of the special appearance. It is ordered that the trial court's granting of the special appearance is affirmed.

It is further ordered that appellants James Donald Tate and Michael Cuffia shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
        Justice Brian Walker